IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVLLE DIVISION

| | | |
|---|---|---|
| JAMES E. KEENER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:05-0259 |
| | ) | Judge Trauger |
| BENNIE JEAN SHONOWO, d/b/a Credit Secrets, | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

### O R D E R

On July 14, 2006, the Magistrate Judge issued a Report and Recommendation, recommending the disposition of several pending motions. (Docket No. 54) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion for Summary Judgment (Docket No. 26) is **DENIED**; defendant Shonowo's Motion to Dismiss (Docket Nos. 23, 39, 44) is **DENIED**; the plaintiff's Motion for Joinder and Discovery (Docket No. 40) is **DENIED**; and the plaintiff's Motion to Strike (Docket No. 51) is **GRANTED**.

Jodi Unger is hereby cautioned by the court that any further attempt on her part to intervene in these proceedings will be met with appropriate sanctions.

The case is **REFERRED** back to the Magistrate Judge for further handling under the original referral Order (Docket No. 2).

It is so **ORDERED.**

Enter this 8th day of August 2006.

_____
ALETA A. TRAUGER
U.S. District Judge